

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00333-CR
### NO. 02-17-00334-CR
### NO. 02-17-00335-CR
### NO. 02-17-00336-CR

DWIGHT E. BROWN                                                        APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NOS. F90-577-B, F90-578-B, F90-579-B, F91-640-B

----------

## MEMORANDUM OPINION[1]

----------

Pro se appellant Dwight E. Brown attempts to appeal the trial court's August 7, 2017 orders.  On October 20, 2017, we sent Brown a letter, informing him of our concern that we lacked jurisdiction over the appeals because the trial court had not entered any appealable orders and because we generally have

---

[1]See Tex. R. App. P. 47.4.

jurisdiction to consider an appeal in a criminal case only from a judgment of conviction. *See* Tex. R. App. P. 26.2(a)(1); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We informed Brown that unless he or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals by October 30, 2017, we would dismiss the appeals for want of jurisdiction.

Brown has filed no response. Accordingly, we dismiss his appeals for want of jurisdiction. *See McKown*, 915 S.W.2d at 161; *see also* Tex. R. App. P. 43.2(f).

/s/ Bonnie Sudderth

BONNIE SUDDERTH
CHIEF JUSTICE

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 4, 2018